UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH CALDWELL, | No. 2:19-cv-01357-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| WILLIAM BARR, et al., | |
| Defendants. | |

Plaintiff, proceeding *pro se*, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 26, 2019, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 6.) On August 7, 2019, Plaintiff filed a Motion to Disqualify Magistrate Judge and District Judge and Set Aside Order and Findings and Recommendations (ECF No. 7), which is construed as Objections to the Findings and Recommendations.

This Court reviews *de novo* those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the Court

1

assumes its correctness and decides the motions on the applicable law. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 26, 20109 (ECF No. 6), are adopted in full; and

2. All claims against all Defendants are DISMISSED with prejudice, 28 U.S.C. § 1915(e)(2); *see Noll v. Carlson*, 809 F.2d 1446, 1448 (9th Cir. 1987); and

3. The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated: October 2, 2019

Troy L. Nunley
United States District Judge